# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

IN RE MICHAEL BURKE,

    Debtor.

_____

JASON BIONDOLILLO,

    Appellant,

v.

MICHAEL BURKE,

    Appellee.

Case No. 25-cv-02477-REB

Bankr. No. 24-11700-JGR
Adv. No. 25-01116-JGR

## ORDER DISMISSING APPEAL

On December 31, 2025, [ECF No. 7] Appellant filed his Opening Brief and a non-compliant appendix. On January 6, 2026, the Court entered a *Notice of Deficiency* requiring Appellant file a compliant appendix [ECF No. 8] by January 20, 2026, or the appeal would be dismissed for failure to prosecute. On January 20, 2026, [ECF No. 9] Appellant filed another Opening Brief with another non-compliant appendix.

Accordingly, it is HEREBY ORDERED that this appeal is DISMISSED for failure to prosecute. Fed. R. Bankr. P. 8003(a)(2). This dismissal is subject to Appellant's right to cure the deficiency within the fourteen (14) day rehearing period provided by Federal Rule of Bankruptcy Procedure 8022 by filing an amended appendix that complies with Federal Rule of Bankruptcy Procedure 8015 and 8018(b)(1), (c).

Dated this 23rd day of January 2026.

BY THE COURT:

Robert E. Blackburn
United States District Judge